UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
WINTHROP C. LOCKWOOD § Case No. 09-33026-SBB
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter   of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]         $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/JANICE A. STEINLE_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 09-33026 | SBB | Judge: | Sidney B. Brooks | Trustee Name: | JANICE A. STEINLE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | WINTHROP C. LOCKWOOD | | | | Date Filed (f) or Converted (c): | 10/29/2009 (f) |
| | | | | | 341(a) Meeting Date: | 07/07/2010 |
| For Period Ending: | 08/12/2013 | | | | Claims Bar Date: | 12/27/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Debtor's residence located on Lot 40, Spruce Valle<br><br>Sold in foreclosure during Ch. 11, before conversion | 5,200,000.00 | 0.00 | | 0.00 | FA |
| 2. Lot 41, Spruce Valley Ranch - Filing No. 1, Town o<br><br>Foreclosed during Ch. 11, pre-conversion | 1,800,000.00 | 0.00 | | 0.00 | FA |
| 3. Cash on hand | 500.00 | 125.00 | | 0.00 | FA |
| 4. 1st Bank DIP Account No. 4753066460 | 100.00 | 25.00 | | 0.00 | FA |
| 5. Men's Clothing | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Watch - Audermars Piguet | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. Breck Professional Bldg Assoc, LLC<br><br>SOLD per Court Order dated 4/4/12 (Docket No. 168) to RW Pyne Investments, LLC; original and first amended schedules had value at $345,000; second amended schedules (6/22/10, Docket No. 104) changed value to $151,500.00 | 151,500.00 | 0.00 | | 45,000.00 | FA |
| 8. Wood and Company, LLC - Development Density<br><br>SOLD per Court Order 4/11/12 (Docket No. 171) to Bailey (Beagle); cross-reference to properties 12, 13, 14, 15, 16, 17, 18 and 19 | 700,000.00 | 0.00 | | 85,000.00 | FA |
| 9. State of Colorado Income Tax Refund for Tax Year 2<br><br>Offset | 250.00 | 0.00 | | 0.00 | FA |
| 10. Computer and miscellaneous office supplies | 500.00 | 0.00 | | 0.00 | FA |
| 11. Discretionary Trusts<br><br>SOLD as part of assets to Bailey (Beagle) (Court Order 4/11/12, Docket No. 171)(referred to as "Pending Further Claims) - cross-reference to properties 8, 11, 12, 13, 14, 15, 16, 18 and 19 | Unknown | 0.00 | | 0.00 | FA |
| 12. Lockwood Associates (100% interest)<br><br>Per first Amended Schedules; SOLD as part of assets to Bailey (Beagle) (Court Order 4/11/12, Docket No. 171) - cross-reference to properties 8,11,13, 14, 15, 16, 17, 18 and 19 | 0.00 | 0.00 | | 0.00 | FA |
| 13. Mt. Helen Corp. (100% ownership)<br><br>Per first Amended Schedules; SOLD as part of assets to Bailey (Beagle) (Court Order 4/11/12, Docket No. 171) - cross-reference to properties 8, 11, 12, 14, 15, 16, 17, 18 and 19 | 0.00 | 0.00 | | 0.00 | FA |
| 14. H.M. Kieckhefer 1959 Trust<br><br>Per first Amended Schedules; SOLD as part of assets to Bailey (Beagle) (Court Order 4/11/12, Docket No. 171) - cross-reference to properties 8, 11, 12, 13, 15, 16, 17, 18 and 19 | Unknown | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 09-33026 | SBB | Judge: | Sidney B. Brooks | Trustee Name: | JANICE A. STEINLE |
|---|---|---|---|---|---|---|
| Case Name: | WINTHROP C. LOCKWOOD | | | | Date Filed (f) or Converted (c): | 10/29/2009 (f) |
| | | | | | 341(a) Meeting Date: | 07/07/2010 |
| For Period Ending: | 08/12/2013 | | | | Claims Bar Date: | 12/27/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15. May Louise Lockwood 1988 Trust - 1977 Share<br><br>Per first Amended Schedules; SOLD as part of assets to Bailey (Beagle) (Court Order 4/11/12, Docket No. 171) - cross-reference to properties 8, 11, 12, 13, 14, 16, 17, 18 and 19 | Unknown | 0.00 | | 0.00 | FA |
| 16. W.C. Lockwood and May Louise Lockwood QPRT Trust<br><br>Per first Amended Schedules; SOLD as part of assets to Bailey (Beagle) (Court Order 4/11/12, Docket No. 171) - cross-reference to properties 8, 11, 12, 13, 14, 15, 17, 18 and 19 | Unknown | 0.00 | | 0.00 | FA |
| 17. Adv Pro 11-1768 (u)<br><br>SOLD as part of assets to Bailey (Beagle) (Court Order 4/11/12, Docket No. 171) - cross-reference to properties 8, 11, 12, 13, 14, 15, 16, 18 and 19 | 0.00 | 0.00 | | 0.00 | FA |
| 18. Adv Pro 11-1767 (u)<br><br>SOLD as part of assets to Bailey (Beagle) (Court Order 4/11/12, Docket No. 171) - cross-reference to properties 8, 11, 12, 13, 14, 15, 16, 17 and 19 | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $7,855,850.00   $150.00   $130,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Admin Bar Date set by Court Order 1/27/11 (bar date 3/14/11)(Docket No. 133); pending investigation of discretionary and other trusts, potential fraudulent conveyances/preferential transfers, liquidation of assets

Initial Projected Date of Final Report (TFR): 10/29/2011     Current Projected Date of Final Report (TFR): 12/18/2012

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-33026  
Case Name: WINTHROP C. LOCKWOOD  
Taxpayer ID No: XX-XXX2699  
For Period Ending: 08/12/2013  

Trustee Name: JANICE A. STEINLE  
Bank Name: Bank of Kansas City  
Account Number/CD#: XXXXXX4991  
Checking  
Blanket Bond (per case limit): $86,297,238.00  
Separate Bond (if applicable):  

Exhibit B

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 04/27/12 | 7 | RW Pyne Investments | Sale Proceeds<br>Per Court Order 4/4/12<br>(Docket #168) | 1129-000 | $45,000.00 | | $45,000.00 |
| 05/08/12 | 8 | William H O'Rourke PC | Settlement Proceeds<br>Per Court Order 4/11/12<br>(Docket # 171) | 1129-000 | $85,000.00 | | $130,000.00 |
| 05/14/12 | | Bank of Kansas City | Case Administration Fee | 2600-000 | | $6.64 | $129,993.36 |
| 06/14/12 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $123.56 | $129,869.80 |
| 07/16/12 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $143.77 | $129,726.03 |
| 07/26/12 | 2001 | WILLIAMS, CHARLES<br>Attorney at Law<br>303 East 17th Avenue, Suite 888<br>Denver, CO  80203 | Per Court Order 7/20/12 (Docket #177) Reversal Entered full claim in error, split to fees & expenses in separate checks | 3210-003 | | ($45,929.82) | $175,655.85 |
| 07/26/12 | 2001 | WILLIAMS, CHARLES<br>Attorney at Law<br>303 East 17th Avenue, Suite 888<br>Denver, CO  80203 | Per Court Order 7/20/12 (Docket #177) | 3210-003 | | $45,929.82 | $129,726.03 |
| 07/26/12 | 2002 | WILLIAMS, CHARLES<br>Attorney at Law<br>303 East 17th Avenue, Suite 888<br>Denver, CO  80203 | Per Court Order 7/20/12 (Docket No. 177) | 3220-000 | | $929.82 | $128,796.21 |
| 07/26/12 | 2003 | WILLIAMS, CHARLES<br>Attorney at Law<br>303 East 17th Avenue, Suite 888<br>Denver, CO  80203 | Per Court Order 7/20/12 (Docket No. 177) | 3210-000 | | $45,000.00 | $83,796.21 |
| 08/14/12 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $148.41 | $83,647.80 |
| 09/17/12 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $121.13 | $83,526.67 |
| 10/15/12 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $92.50 | $83,434.17 |
| 11/15/12 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $95.45 | $83,338.72 |
| 12/14/12 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $92.27 | $83,246.45 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Page Subtotals:    $130,000.00    $46,753.55

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 09-33026  
Case Name: WINTHROP C. LOCKWOOD  
Taxpayer ID No: XX-XXX2699  
For Period Ending: 08/12/2013  

Trustee Name: JANICE A. STEINLE  
Bank Name: Bank of Kansas City  
Account Number/CD#: XXXXXX4991  
Checking  
Blanket Bond (per case limit): $86,297,238.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/16/13 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $95.23 | $83,151.22 |
| 01/21/13 | 2004 | INTERNATIONAL SURETIES 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA 70139 | Bond # 016027974 | 2300-000 | | $71.43 | $83,079.79 |
| 02/14/13 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $95.13 | $82,984.66 |
| 03/14/13 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $111.46 | $82,873.20 |
| 04/12/13 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $123.24 | $82,749.96 |
| 04/24/13 | 2005 | WILLIAMS, CHARLES Attorney at Law 303 East 17th Avenue, Suite 888 Denver, CO 80203 | Per Court Order 4/18/13 | 3210-000 | | $7,000.00 | $75,749.96 |
| 04/24/13 | 2006 | WILLIAMS, CHARLES Attorney at Law 303 East 17th Avenue, Suite 888 Denver, CO 80203 | Per Court Order 4/18/13 | 3220-000 | | $282.60 | $75,467.36 |
| 05/28/13 | 2007 | COLORADO DEPARTMENT OF REVENUE 1375 Sherman Street, Room 504 Attention: Bankruptcy Unit Denver, CO 80261 | Estate Taxes per Return | 2820-000 | | $410.00 | $75,057.36 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $130,000.00 | $54,942.64 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $130,000.00 | $54,942.64 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $130,000.00 | $54,942.64 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Page Subtotals: $0.00 $8,189.09

Exhibit B

### TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4991 - Checking | $130,000.00 | $54,942.64 | $75,057.36 |
|  | $130,000.00 | $54,942.64 | $75,057.36 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $130,000.00 |
| Total Gross Receipts: | $130,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 09-33026-SBB  
Debtor Name: WINTHROP C. LOCKWOOD  
Claims Bar Date: 12/27/2010  

Date: August 12, 2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1 56 5800 | INTERNAL REVENUE SERVICE | Priority | | $0.00 | $14,444.07 | $14,444.07 |
| 3 70 7100 | CHASE BANK USA NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Unsecured | | $6,500.00 | $6,577.17 | $6,577.17 |
| 4 70 7100 | CHASE BANK USA N. A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $5,700.00 | $5,758.79 | $5,758.79 |
| 5 70 7100 | AMERICAN EXPRESS CENTURION BANK<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $17,500.00 | $17,165.82 | $17,165.82 |
| 6 70 7100 | CAPITAL ONE BANK USA N. A.<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $3,306.16 | $3,306.16 |
| 7 70 7100 | CAPITAL ONE BANK USA N. A.<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $5,000.00 | $5,068.16 | $5,068.16 |
| 9 70 7100 | HSBC BANK NEVADA N. A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712 | Unsecured | | $400.00 | $430.44 | $430.44 |
| 11 70 7100 | PYOD LLC ITS SUCCESSORS AND ASSIGNS<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $1,295.17 | $1,295.17 |
| 12 70 7100 | NA/BANK OF AMERI FIA CARD SERVICES<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $8,500.00 | $8,513.97 | $8,513.97 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 09-33026-SBB  
Debtor Name: WINTHROP C. LOCKWOOD  
Claims Bar Date: 12/27/2010  

Date: August 12, 2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 11111 100 2100 | Janice A. Steinle<br>9249 So. Broadway, #200<br>PMB 505<br>Highlands Ranch, CO 80129 | Administrative | | $0.00 | $9,750.00 | $9,750.00 |
| 11112 100 2200 | Janice A. Steinle<br>9249 So. Broadway, #200<br>PMB 505<br>Highlands Ranch, CO 80129 | Administrative | | $0.00 | $230.89 | $230.89 |
| 22222 100 2700 | CLERK OF BANKRUPTCY COURT<br>721 19TH STREET, FIRST FLOOR<br>DENVER, CO 80202 | Administrative | | $0.00 | $500.00 | $500.00 |
| 55555 100 2820 | COLORADO DEPARTMENT OF REVENUE<br>1375 Sherman Street, Room 504<br>Attention: Bankruptcy Unit<br>Denver, CO 80261 | Administrative | | $0.00 | $410.00 | $410.00 |
| 10 100 2950 | UNITED STATES TRUSTEE<br>999 18th St., #1551<br>Denver, CO 80202 | Administrative | | $0.00 | $325.00 | $325.00 |
| 44442 100 3210 | CHARLES WILLIAMS<br>Attorney at Law<br>303 East 17th Avenue, Suite 888<br>Denver, CO 80203 | Administrative | Hired per Court Order 9/22/10 (Docket No. 119) | $0.00 | $52,000.00 | $52,000.00 |
| 44444 100 3220 | CHARLES WILLIAMS<br>Attorney at Law<br>303 East 17th Avenue, Suite 888<br>Denver, CO 80203 | Administrative | Hired per Court Order 9/22/10 (Docket No. 119) | $0.00 | $1,212.42 | $1,212.42 |
| 33333 100 3410 | DAMON L KAPLAN, CPA (new firm)<br>KAPLAN & ASSOCIATES, PC<br>7315 East Orchard Road, Suite 250<br>Greenwood Village, CO 80111 | Administrative | Hired per Court Order 5/24/11 (Docket No. 148) | $0.00 | $101.56 | $101.56 |
| 33332 100 3420 | DAMON L KAPLAN, CPA (new firm)<br>KAPLAN & ASSOCIATES, PC<br>7315 East Orchard Road, Suite 250<br>Greenwood Village, CO 80111 | Administrative | Motion to pay filed 8/12/13 | $0.00 | $10,698.00 | $10,698.00 |
| | Case Totals | | | $43,600.00 | $137,787.62 | $137,787.62 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2                                    Printed: August 12, 2013

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 09-33026-SBB                                                                                                        Date: August 12, 2013
Debtor Name: WINTHROP C. LOCKWOOD
Claims Bar Date: 12/27/2010

Page 3                                                                            Printed: August 12, 2013

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-33026-SBB
Case Name: WINTHROP C. LOCKWOOD
Trustee Name: JANICE A. STEINLE

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Janice A. Steinle | $ | $ | $ |
| Trustee Expenses: Janice A. Steinle | $ | $ | $ |
| Attorney for Trustee Fees: CHARLES WILLIAMS | $ | $ | $ |
| Attorney for Trustee Expenses: CHARLES WILLIAMS | $ | $ | $ |
| Accountant for Trustee Fees: DAMON L KAPLAN, CPA  (new firm) | $ | $ | $ |
| Accountant for Trustee Expenses: DAMON L KAPLAN, CPA  (new firm) | $ | $ | $ |
| Charges: CLERK OF BANKRUPTCY COURT | $ | $ | $ |
| Fees: UNITED STATES TRUSTEE | $ | $ | $ |
| Other: COLORADO DEPARTMENT OF REVENUE | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $            must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE | $ | $ | $ |

Total to be paid to priority creditors                $_____

Remaining Balance                                    $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | CHASE BANK USA NA | $ | $ | $ |
| 4 | CHASE BANK USA N. A. | $ | $ | $ |
| 5 | AMERICAN EXPRESS CENTURION BANK | $ | $ | $ |
| 6 | CAPITAL ONE BANK USA N. A. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | CAPITAL ONE BANK USA N. A. | $ | $ | $ |
| 9 | HSBC BANK NEVADA N. A. | $ | $ | $ |
| 11 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | $ | $ | $ |
| 12 | NA/BANK OF AMERI FIA CARD SERVICES | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be ____ percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ____ percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 13)*