UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
|    LOCKWOOD, WINTHROP C. ) | |
| ) | Case No. 09-33026-SBB |
| ) | |
|            Debtor(s). ) | Chapter 7 |
| ) | |

TRUSTEE'S APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES

     The Trustee of the above referenced estate applies for an order pursuant to 11 U.S.C. §330(a) and § 503(b), allowing for compensation and expenses as itemized in Exhibit A (attached).

     The compensation sought by this application is for actual and necessary services rendered. In the course of the performance of duties, the Trustee has advanced monies from personal funds for actual and necessary expenses incurred, and has not been reimbursed or indemnified.

     There is no agreement or understanding between the Trustee and any other person for the division of the compensation sought by this application, except as permitted by 11 U.S.C. §330.

     WHEREFORE, the Trustee requests that this application be approved by this Court, and that the fees and expenses be allowed.

     DATED:    August 12, 2013                    /s/ Janice A. Steinle
                                                                      Trustee in Bankruptcy

EXHIBIT A
APPLICATION FOR COMPENSATION & REIMBURSEMENT OF EXPENSES

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: )
LOCKWOOD, WINTHROP C. )
XXX-XX-5054 )   Case No. 09-33026-SBB
 )   Chapter 7
 )
Debtor(s) )

Computation of Compensation for Cases Filed After October 22, 1994

| | | | |
|---|---|---|---|
| Total Proceeds of Estate: | | $130,000.00 | |
| Less Amounts Returned to Debtor | | $0.00 | |
| Less Non-Estate Funds Paid to Third Parties | | $0.00 | |
| Balance to be Disbursed | $130,000.00 | 25% of first $5,000 or less ($1,250 Maximum) | $1,250.00 |
| Less | -5,000.00 | | |
| Balance | $125,000.00 | 10% of next $45,000 or less ($4,500 Maximum) | $4,500.00 |
| Less | -45,000.00 | | |
| Balance | $80,000.00 | 5% of next $950,000 or less ($47,500 Maximum) | $4,000.00 |
| Less | -950,000.00 | | |
| Balance | $0.00 | 3% of balance | $0.00 |

| | |
|---|---|
| MAXIMUM COMPENSATION (11 U.S.C. Sec. 326) | $9,750.00 |
| COMPENSATION REQUESTED | $9,750.00 |
| LESS: COURT-APPROVED COMPENSATION PREVIOUSLY PAID | (0.00) |
| BALANCE REQUESTED | $9,750.00 |

The Trustee has expended 0.00 hours in the performance of duties in this estate. A detailed accounting of the Trustee's time (check one) ____is attached ____is available upon request.

*The balance of funds are being maintained in an interest-bearing account. The additional interest earned will increase the funds available for distribution. The Trustee requests additional compensation, calculated according to §326, on the increase in funds distributed.

Trustee Expenses

| | |
|---|---:|
| Postage | $ 5.00 |
| Final Account Bank Documents | $ 4.50 |
| Final Account Report Copies | $ 3.25 |
| Final Account Ship to UST | $ 5.15 |
| Final Distribution Expenses | $ 10.00 |
| Final Report Copies | $ 3.25 |
| Final Report Ship to UST | $ 5.15 |
| Final Storage | $ 5.00 |
| Photocopies | $ 18.50 |
| Postage prior to 1/1/12 | $ 1.32 |
| Motion to Pay Comp and Expenses of Accountant | $ 84.36 |
| Certificate of Service NFR.com | $ 37.05 |
| Certified Mail | $ 48.36 |
| TOTAL EXPENSES REQUESTED | $ 230.89 |
| LESS: COURT APPROVED EXPENSES PREVIOUSLY PAID | 0.00 |
| LESS: PREMIUM ON TRUSTEE'S BOND PREVIOUSLY PAID | 71.43 |
| BALANCE REQUESTED | $ 230.89 |